UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

         -v.-

DERRILYN NEEDHAM,
    a/k/a "Ingrid,"
    a/k/a "Luisset M. Figueroa,"
    a/k/a "Chandelle Lewis,"
    a/k/a "Joan M. Simpson,"
    a/k/a "Ingrid Needham,"
    a/k/a "Carol A. Alexander,"
    a/k/a "Keisha M. Tucker,"
    a/k/a "Charmaine White,"
    a/k/a "Desire Williams,"
LEROY BRATHWAITE,
    a/k/a "Leroy K. Brathwaite,"
    a/k/a "Lee Brathwaite,"
ABDHUL ODIGE,
    a/k/a "B,"
    a/k/a "Bam,"
    a/k/a "Abdul Odige,"
    a/k/a "Abdul C. Odige,"
JEAN YONEL,
    a/k/a "C,"
    a/k/a "Crazy,"
    a/k/a "Yonel Jean,"
DONOVAN FRANCIS,
    a/k/a "Brian," and
JOEY FIGUEROA,

                Defendants.

- - - - - - - - - - - - - - - - - - - x

**SUPERSEDING
INDICTMENT**

S1 04 Cr. 196 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 5 2005

## COUNT ONE

    The Grand Jury charges:

    1.  In or about January 2004, in the Southern District
of New York and elsewhere, DERRILYN NEEDHAM, a/k/a "Ingrid,"
a/k/a "Luisset M. Figueroa," a/k/a "Chandelle Lewis,"a/k/a "Joan



M. Simpson," a/k/a "Ingrid Needham," a/k/a "Carol A. Alexander,"
a/k/a "Keisha M. Tucker," a/k/a "Charmaine White," a/k/a "Desire
Williams," LEROY BRATHWAITE, a/k/a "Leroy K. Brathwaite," a/k/a
"Lee Brathwaite," ABDHUL ODIGE, a/k/a "B," a/k/a "Bam," a/k/a
"Abdul Odige," a/k/a "Abdul C. Odige," JEAN YONEL, a/k/a "C,"
a/k/a "Crazy," a/k/a "Yonel Jean," DONOVAN FRANCIS, a/k/a
"Brian," and JOEY FIGUEROA, the defendants, and others known and
unknown, unlawfully, willfully and knowingly conspired to commit
robbery, as that term is defined in Title 18, United States Code,
Section 1951(b)(1), to wit, the robbery of an individual believed
by NEEDHAM, BRATHWAITE, ODIGE, YONEL, FRANCIS, and FIGUEROA, to
be a narcotics trafficker, and would and did thereby obstruct,
delay, and affect commerce and the movement of articles and
commodities in commerce, as that term is defined in Title 18,
United States Code, Section 1951(b)(3).

                    (Title 18, United States Code, Section 1951.)

                              COUNT TWO

        The Grand Jury further charges:

        2.    From at least on or about January 2, 2004 up to
and including on or about January 4, 2004, in the Southern
District of New York and elsewhere, DERRILYN NEEDHAM, a/k/a
"Ingrid," a/k/a "Luisset M. Figueroa," a/k/a "Chandelle
Lewis,"a/k/a "Joan M. Simpson," a/k/a "Ingrid Needham," a/k/a
"Carol A. Alexander," a/k/a "Keisha M. Tucker," a/k/a "Charmaine

                                 2

White," a/k/a "Desire Williams," LEROY BRATHWAITE, a/k/a "Leroy

K. Brathwaite," a/k/a "Lee Brathwaite," ABDHUL ODIGE, a/k/a "B,"

a/k/a "Bam," a/k/a "Abdul Odige," a/k/a "Abdul C. Odige," and

JEAN YONEL, a/k/a "C," a/k/a "Crazy," a/k/a "Yonel Jean," the

defendants, at least one of whom, JEAN YONEL, the defendant, is

not a national of the United States, and others known and

unknown, unlawfully, willfully, and knowingly combined,

conspired, confederated and agreed together and with each other

to seize and detain and threaten to kill, to injure, and to

continue to detain another person in order to compel a third

person to pay money as an explicit and implicit condition for the

release of the person detained, to wit, NEEDHAM, BRATHWAITE,

ODIGE and YONEL, and their co-conspirators, conspired to take a

person hostage in order to compel the person's father to pay

money to secure the person's release.

(Title 18, United States Code, Section 1203.)

## COUNT THREE

The Grand Jury further charges:

3.    From on or about January 2, 2004 up to and

including on or about January 4, 2004, in the Southern District

of New York and elsewhere, DERRILYN NEEDHAM, a/k/a "Ingrid,"

a/k/a "Luisset M. Figueroa," a/k/a "Chandelle Lewis,"a/k/a "Joan

M. Simpson," a/k/a "Ingrid Needham," a/k/a "Carol A. Alexander,"

a/k/a "Keisha M. Tucker," a/k/a "Charmaine White," a/k/a "Desire

Williams," LEROY BRATHWAITE, a/k/a "Leroy K. Brathwaite," a/k/a
"Lee Brathwaite," ABDHUL ODIGE, a/k/a "B," a/k/a "Bam," a/k/a
"Abdul Odige," a/k/a "Abdul C. Odige," and JEAN YONEL, a/k/a "C,"
a/k/a "Crazy," a/k/a "Yonel Jean," the defendants, at least one
of whom, JEAN YONEL, is not a national of the United States,
unlawfully, willfully, and knowingly did seize and detain and
threaten to kill, to injure, and to continue to detain another
person in order to compel a third person to pay money as an
explicit and implicit condition for the release of the person
detained, to wit, NEEDHAM, BRATHWAITE, ODIGE and YONEL took a
person hostage in order to compel the person's father to pay
money to secure the person's release.

          (Title 18, United States Code, Sections 1203 and 2.)

                              COUNT FOUR

          The Grand Jury further charges:

          4.   On or about January 4, 2004, in the Southern
District of New York and elsewhere, DERRILYN NEEDHAM, a/k/a
"Ingrid," a/k/a "Luisset M. Figueroa," a/k/a "Chandelle
Lewis,"a/k/a "Joan M. Simpson," a/k/a "Ingrid Needham," a/k/a
"Carol A. Alexander," a/k/a "Keisha M. Tucker," a/k/a "Charmaine
White," a/k/a "Desire Williams," the defendant, unlawfully,
wilfully and knowingly, during and in relation to a crime of
violence for which she may be prosecuted in a court of the United
States, namely, the offenses charged in Counts One, Two, Three,

                                 4

and Four, of this Indictment, did use and carry a firearm, and in furtherance of these same crimes, possessed a firearm.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

## COUNT FIVE

The Grand Jury further charges:

5.    From on or about January 3, 2004, up to and including in or about January 4, 2004, in the Southern District of New York and elsewhere, LEROY BRATHWAITE, a/k/a "Leroy K. Brathwaite," a/k/a "Lee Brathwaite," ABDHUL ODIGE, a/k/a "B," a/k/a "Bam," a/k/a "Abdul Odige," a/k/a "Abdul C. Odige," and JEAN YONEL, a/k/a "C," a/k/a "Crazy," a/k/a "Yonel Jean," the defendants, unlawfully, wilfully and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the offenses charged in Counts One, Two, Three and Four, of this Indictment, did use, and carry firearms, and in furtherance of these same crimes, possessed firearms, which firearms were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

FOREPERSON    3/15/05

DAVID N. KELLEY
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- γ -

DERRILYN NEEDHAM,
a/k/a "Ingrid,"
a/k/a "Luisset M. Figueroa,"
a/k/a "Chandelle Lewis,"
a/k/a "Joan M. Simpson,"
a/k/a "Ingrid Needham,"
a/k/a "Carol A. Alexander,"
a/k/a "Keisha M. Tucker,"
a/k/a "Charmaine White,"
a/k/a "Desire Williams,"
LEROY BRATHWAITE,
a/k/a "Leroy K. Brathwaite,"
a/k/a "Lee Brathwaite,"
ABDHUL ODIGE,
a/k/a "B,"
a/k/a "Bam,"
a/k/a "Abdul Odige,"
a/k/a "Abdul C. Odige,"
JEAN YONEL,
a/k/a "C," a/k/a "Crazy,"
a/k/a "Yonel Jean,"
DONOVAN FRANCIS,
a/k/a "Brian," and
JOEY FIGUEROA

Defendants.

## INDICTMENT

S1 04 Cr. 196 (DAB)

Title 18, United States Code, Section 1951
Title 18, United States Code, Sections 1951 and 2
Title 18, United States Code, Section 1203
Title 18, United States Code, Sections 1203 and 2 and
Title 18, United States Code, Sections 924(c)(1)(A)(i)

DAVID N. KELLEY
United States Attorney

3/15/05

3/15/05  Filed Indictment