

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/14

May 14, 2014

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: United States v. Donovan Francis
   04 Cr. 196-5 (DAB)

**MEMO ENDORSED**

Dear Judge Batts:

   Defendant Donovan Francis was charged in superseding Indictment S1 04 Cr. 196 (DAB) on March 15, 2005. Francis subsequently pled guilty before the Honorable George B. Daniels to a superseding Information (S8 04 Cr. 1036 (GBD)), to, among others, a count that included the conduct charged in the Indictment before this Court. At Francis's sentencing on November 8, 2011, Judge Daniels granted the government's motion to dismiss the charges against Francis in Indictment 04 Cr. 196 (DAB). [We write to request that the Court indicate the dismissal on the Court's docket for case number 04 Cr. 196 (DAB) so that the Clerk of the Court may close the case.]

Granted.
/S/ DAB
5/14/14

Respectfully submitted

PREET BHARARA
United States Attorney

by: _____
John J. O'Donnell
Assistant United States Attorney
(212) 637-2490

cc: Gerald DiChiara, Esq. (via E-Mail)

SO ORDERED

*[signature]* Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
5/14/14